**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy           04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **SLM Services, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Northeast Horticultural Services** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3398760** | |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **25 Radel Street**<br>**Bridgeport, CT 06607** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fairfield** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)     **www.northeasthorticultural.com**

**6.   Type of debtor**

�■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **SLM Services, LLC**                                                    Case number (*if known*) _____
     Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **SLM Services, LLC**                                                    Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ▮ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ▮ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ▮ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **SLM Services, LLC**

Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **SLM Services, LLC**                                             Case number (*if known*)
         Name

---

| Request for Relief, Declaration, and Signatures |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 24, 2025**
               MM / DD / YYYY

**X** **/s/ Stacey Marcell**                                    **Stacey Marcell**
Signature of authorized representative of debtor              Printed name

Title    **Member/Manager**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey Hellman**                          Date    **June 24, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Jeffrey Hellman CT04102**
Printed name

**Law Offices of Jeffrey Hellman, LLC**
Firm name

**195 Church Street, 10th Floor**
**New Haven, CT 06510**
Number, Street, City, State & ZIP Code

Contact phone    **203-691-8762**        Email address    **jeff@jeffhellmanlaw.com**

**CT04102 CT**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name __SLM Services, LLC__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 24, 2025__        X _/s/ Stacey Marcell_
                                      Signature of individual signing on behalf of debtor

                                      __Stacey Marcell__
                                      Printed name

                                      __Member/Manager__
                                      Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **SLM Services, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Associated Receivables Funding c/o Townes B. Johnson III, LLC Attn: Townes Johnson, Esq. 101 N. Main Street Greenville, SC 29601** | | **guaranteed obligation** | **Disputed** | | | **$33,774.20** |
| **Capital One, N.A. Attn: President PO Box 71087 Charlotte, NC 28272** | | **credit card purchases** | | | | **$11,237.53** |
| **CAT Financial/H.O. Penn Attn: President PO Box 735638 Dallas, TX 75373** | | | | | | **$51,264.72** |
| **CT Dept. of Labor Attn: Managing Director 200 Folly Brook Boulevard Wethersfield, CT 06109** | | **prevailing wage dispute and civil penalty** | **Disputed** | | | **$95,641.17** |
| **First Commonwealth Equip Fin Attn: Owner/President 920 Cassatt Road, Ste. 310 Berwyn, PA 19312** | | **2023 Hino L6 (268)** | | **$73,117.50** | **$70,000.00** | **$3,117.50** |
| **Ford Motor Credit Attn: President PO Box 220564 Pittsburgh, PA 15257-2564** | | **2019 Ford F-250 (VIN ending 0138)** | | **$33,203.50** | **$25,000.00** | **$8,203.50** |

Debtor **SLM Services, LLC**
_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Grillo Services, LLC Attn: Managing Member 1183 Oronoque Road Milford, CT 06461** | | | | | | **$9,554.90** |
| **Land Rover Financial Group Attn: Managing Director PO Box 650351 Dallas, TX 75265** | | 2024 Land Rover | | **$110,489.89** | **$85,000.00** | **$25,489.89** |
| **Madison Supply & Rental Attn: Owner/President 85 East Washington Avenue Bridgeport, CT 06604** | | | | | | **$6,417.69** |
| **Mitchell & Sheahan, P.C. Attn: Managing Director 999 Oronoque Road, Ste. 203 Stratford, CT 06614** | | | | | | **$19,392.74** |
| **NETTTS Attn: Owner/President 510 Barnum Avenue, 4th Floor Bridgeport, CT 06608** | | | **Disputed** | | | **$3,000.00** |
| **P & C Fence Company, Inc. Attn: Owner/President 60 Radel Street Bridgeport, CT 06607** | | | **Disputed** | | | **$8,000.00** |
| **Planters' Choice, LLC Attn: Owner/President 140 Huntington Road Newtown, CT 06470** | | | | | | **$14,637.00** |
| **Stacey Marcell 143 Freeman Road Oxford, CT 06478** | | promissory note | | | | **$159,889.79** |

Debtor __SLM Services, LLC_____     Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sunbelt Rentals, Inc. Attn: Owner/President PO Box 409211 Atlanta, GA 30384-9211** | | | | | | **$17,277.25** |
| **The Homer C. Godfrey Co. Attn: Owner/President 1360 Central Avenue Bridgeport, CT 06610** | | | | | | **$4,106.74** |
| **The Stacey Marcell 2024 Irrevocable Trust Agreement Attn: Benjamin Proto, Trustee 2885 Main Street Stratford, CT 06614** | | **loan at 3% per annum** | | | | **$20,000.00** |
| **Travelers Attn: Managing Director P.O. Box 660317 Dallas, TX 75266** | | **insurance premium** | | | | **$3,340.00** |
| **Waters Construction Co., Inc. Attn: President 300 Bostwick Avenue Bridgeport, CT 06605** | | | | | | **$60,000.00** |
| **Whitten, Horton & Gibney LLP Attn: Managing Director PO Box 1069 Orange, CT 06477** | | | | | | **$6,550.00** |

**Fill in this information to identify the case:**

Debtor name      **SLM Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................  $     **2,855,436.59**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................  $     **2,855,436.59**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $     **511,175.36**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$     **543,174.49**

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b          $     **1,054,349.85**

**Fill in this information to identify the case:**

Debtor name **SLM Services, LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Milford Bank** | **checking** | **9123** | **$379,698.73** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$379,698.73**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **165,300.95** | - | **5,000.00** | = .... | **$160,300.95** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**Accounts receiveable 90 days and less**

Debtor    **SLM Services, LLC**                                    Case number *(If known)* _____
Name

| 11b. Over 90 days old: | 22,793.00 | - | 10,000.00 =.... | $12,793.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

**Accounts receivable older than 90 days**

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $173,093.95 |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Planting (three 3-gallon Llex Glabra)** | | $0.00 | | $160.00 |
| **Planting (two 10-gallon Llex Glabra)** | | $0.00 | | $190.00 |
| **Planting (two 3-4' Llex Blue Prince)** | | $0.00 | | $220.00 |
| **Planting (seven 3-gallon Bobo Hydrangea)** | | $0.00 | | $245.00 |
| **Planting (eighteen 1-gallon Nepeta 'Junior Walker')** | | $0.00 | | $153.00 |
| **Planting (one 6-gallon Common Purple Lilac)** | | $0.00 | | $52.00 |
| **Planting (one 5-gallon Witch Hazel)** | | $0.00 | | $25.50 |

Debtor   **SLM Services, LLC**                                          Case number *(If known)*
              Name

| | | | |
|---|---|---|---|
| **Planting (two 6-7' Green Giant Arborvitae)** | | $0.00 | $370.00 |
| **Planting (six 3-gallon Itea 'Little Henry")** | | $0.00 | $137.50 |
| **Planting (one 5-6' 'Pink Cascade' Weeping Cherry)** | | $0.00 | $505.00 |
| **Planting (two Shamrock Inkberry)** | | $0.00 | $58.00 |
| **Planting (one Nigra Japanese Holly)** | | $0.00 | $140.00 |
| **Planting (one Compact Inkberry)** | | $0.00 | $29.00 |
| **Chemicals used for plant health care and lawn applications** | | $0.00 | $21,858.91 |

23. **Total of Part 5.**                                                             | $24,143.91 |
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☑ Yes. Book value        0.00   Valuation method                     Current Value        7,206.75

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ☑ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No.  Go to Part 8.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **SLM Services, LLC**                                          Case number *(If known)* _____
             Name

| 39. | **Office furniture**<br>**used desks and tables, filing cabinets,**<br>**shredder** | $0.00 | | $1,500.00 |
|---|---|---|---|---|

40.    **Office fixtures**

| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**5 desktop computers, 1 laptop, 2 iPads** | **Unknown** | | $2,500.00 |
|---|---|---|---|---|

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                            | $4,000.00 |
        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☑ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | General description | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 47.1. | **2019 Hino (model 338)** | $0.00 | **Comparable sale** | $40,000.00 |
| 47.2. | **2017 Hino 195 Spray Truck (model 195)** | $0.00 | **Comparable sale** | $40,000.00 |
| 47.3. | **2015 Ford-Super Cab (model F-350)** | $0.00 | **Comparable sale** | $35,000.00 |
| 47.4. | **2019 Hino (model 195)** | $0.00 | **Comparable sale** | $40,000.00 |
| 47.5. | **2019 Freightliner (model M2106)** | $0.00 | **Comparable sale** | $33,000.00 |
| 47.6. | **2017 Ford (model F-350 SUP)** | $0.00 | **Comparable sale** | $30,000.00 |
| 47.7. | **2009 International Hook Truck (model**<br>**8600)** | $0.00 | **Comparable sale** | $50,000.00 |

Debtor   **SLM Services, LLC**                                    Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 47.8. | **2018 International Log Truck (model 4000 430)** | $0.00 | Comparable sale | $100,000.00 |
| 47.9. | **2019 Takeuchi-Escavator (model TB260CR)** | $0.00 | Comparable sale | $50,000.00 |
| 47.10. | **2012 Bandit Stump Grinder (model 2900)** | $0.00 | Comparable sale | $75,000.00 |
| 47.11. | **2012 Bobcat Skid Steer Loader (model S650)** | $0.00 | Comparable sale | $28,000.00 |
| 47.12. | **2012 Bobcat, 72in, Grapple, Root** | $0.00 | Comparable sale | $3,000.00 |
| 47.13. | **2012 Brush Bandit Chipper Trailer (model 1590)** | $0.00 | Comparable sale | $45,000.00 |
| 47.14. | **2015 Brush Bandit Chipper Trailer (model 1990)** | $0.00 | Comparable sale | $75,000.00 |
| 47.15. | **2020 Brush Bandit Chipper Trailer (model 19XPC)** | $0.00 | Comparable sale | $55,000.00 |
| 47.16. | **2010 Bandit Stump Grinder Trailer (model TRL)** | $0.00 | Comparable sale | $5,000.00 |
| 47.17. | **2019 CAM S Trailer (model TRL)** | $0.00 | Comparable sale | $5,300.00 |
| 47.18. | **2013 Cam Trailer (model TRL)** | $0.00 | Comparable sale | $4,200.00 |
| 47.19. | **2016 Arising Trailer (model 8520VTR)** | $0.00 | Comparable sale | $8,000.00 |
| 47.20. | **2007 TWF Trailer (model 16U)** | $0.00 | Comparable sale | $2,000.00 |
| 47.21. | **2019 Ford F-250** | $18,470.63 | Comparable sale | $15,000.00 |
| 47.22. | **2021 Morbark Boxer** | $13,210.06 | Comparable sale | $17,000.00 |
| 47.23. | **2021 Ford F-350** | $13,608.53 | Comparable sale | $20,000.00 |
| 47.24. | **2023 Hino L6 (268)** | $70,453.32 | Comparable sale | $70,000.00 |

Debtor      **SLM Services, LLC**                                        Case number *(If known)* _____
            Name

| | | | | |
|---|---|---|---|---|
| 47.25. | **2022 Ford Ranger (VIN ending 3255)** | $18,470.00 | Comparable sale | $25,000.00 |
| 47.26. | **2019 Ford F-250 (VIN ending 0138)** | $18,470.63 | | $25,000.00 |
| 47.27. | **2022 Ford Ranger (VIN ending 6020)** | $22,388.46 | Comparable sale | $22,000.00 |
| 47.28. | **2022 Ford Ranger (VIN ending 7300)** | $22,768.58 | Comparable sale | $22,000.00 |
| 47.29. | **2022 Omme2750 lift and 2022 Appalachian trailer** | $93,771.38 | Comparable sale | $140,000.00 |
| 47.30. | **Kubota skid steer** | $53,759.58 | Comparable sale | $65,000.00 |
| 47.31. | **2024 Land Rover** | $86,000.00 | | $85,000.00 |
| 47.32. | **2020 Hino 195** | $0.00 | | $30,000.00 |

48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
         **mowers, blowers, trimmers, chainsaws**                $15,000.00    Comparable sale    $15,000.00

51.      **Total of Part 8.**                                                                    | $1,274,500.00 |
         Add lines 47 through 50.  Copy the total to line 87.

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**
         ☐ No
         ■ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ☐ No
         ■ Yes

**Part 9:        Real property**

54. **Does the debtor own or lease any real property?**

         ☐ No.  Go to Part 10.
         ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **SLM Services, LLC**                                  Case number *(If known)* _____
_____
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease of premises consisting of building and outdoor space located at 25 Radel Street, Bridgeport, Connecticut** | **5 year lease from January 1, 2024 - December 31, 2028** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                                                      | **$0.00** |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                                      Current value of debtor's interest

71.    **Notes receivable**
   Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Claim against Brendan T. Sullivan (not yet filed)**                                    **$1,000,000.00**
   _____
   **Nature of claim**
   **Amount requested**                              **$0.00**

Debtor    **SLM Services, LLC**                                    Case number *(If known)* _____
                 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
                 Name

75.    **Other contingent and unliquidated claims or causes of action of**
         **every nature, including counterclaims of the debtor and rights to**
         **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
         country club membership

78.    **Total of Part 11.**                                                              | **$1,000,000.00** |

         Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

Debtor    **SLM Services, LLC**                        Case number *(If known)* _____
           Name

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $379,698.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $173,093.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $24,143.91 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,274,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,855,436.59 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,855,436.59 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **SLM Services, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| **2.1** | **Ally Financial**<br>Creditor's Name<br>**Attn: President<br>PO Box 380902<br>Minneapolis, MN 55438**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred<br>05/10/2019<br>Last 4 digits of account number<br>1543** | Describe debtor's property that is subject to a lien<br>**2019 Ford F-250**<br><br>Describe the lien<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$3,630.18** | **$15,000.00** |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Apex Commercial Capital**<br>Creditor's Name<br>**formerly FirstLease, Inc.<br>Attn: Owner/President<br>1 Walnut Grove Drive, Ste. 300<br>Horsham, PA 19044**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred<br>10/08/2021<br>Last 4 digits of account number<br>7001** | Describe debtor's property that is subject to a lien<br>**2021 Morbark Boxer**<br><br>Describe the lien<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $13,356.19 | $17,000.00 |

Debtor **SLM Services, LLC**      Case number (if known) _____

Name

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bank of America** | Describe debtor's property that is subject to a lien | $17,522.88 | $20,000.00 |

Creditor's Name

**Attn: President**
**PO Box 45224**
**Jacksonville, FL 32232**

Creditor's mailing address

**2021 Ford F-350**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**04/14/2021**

**Last 4 digits of account number**
**9467**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **First Commonwealth Equip Fin** | Describe debtor's property that is subject to a lien | $73,117.50 | $70,000.00 |

Creditor's Name

**Attn: Owner/President**
**920 Cassatt Road, Ste. 310**
**Berwyn, PA 19312**

Creditor's mailing address

**2023 Hino L6 (268)**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**07/25/2023**

**Last 4 digits of account number**
**6715**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $21,117.93 | $25,000.00 |

Creditor's Name

**Attn: President**
**PO Box 220564**
**Pittsburgh, PA 15257-2564**

Creditor's mailing address

**2022 Ford Ranger (VIN ending 3255)**

**Describe the lien**

---

Debtor    **SLM Services, LLC**                                     Case number (if known)
_____                              _____
Name

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**                    **Is anyone else liable on this claim?**

**03/16/2022**                                ☐ No

**Last 4 digits of account number**           ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**4967**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

■ No                                         ☐ Contingent

☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative
priority.                                    ☐ Disputed

---

| 2.6 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $33,203.50 | $25,000.00 |

Creditor's Name

**Attn: President**
**PO Box 220564**
**Pittsburgh, PA 15257-2564**              **2019 Ford F-250 (VIN ending 0138)**

Creditor's mailing address

                                            **Describe the lien**

                                            **Purchase Money Security**

                                            **Is the creditor an insider or related party?**

                                            ■ No

_____           ☐ Yes
Creditor's email address, if known
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No

**07/19/2022**                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7688**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply

■ No                                        ☐ Contingent

☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative
priority.                                   ☐ Disputed

---

| 2.7 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $19,199.19 | $22,000.00 |

Creditor's Name

**Attn: President**
**PO Box 220564**
**Pittsburgh, PA 15257-2564**              **2022 Ford Ranger (VIN ending 6020)**

Creditor's mailing address

                                            **Describe the lien**

                                            **Purchase Money Security**

                                            **Is the creditor an insider or related party?**

                                            ■ No

_____           ☐ Yes
Creditor's email address, if known
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ☐ No

**09/30/2022**                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**5010**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply

Debtor  **SLM Services, LLC**
_____   Case number (if known) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ford Motor Credit** | | |
|-----|------------------------|--|--|

Creditor's Name

**Attn: President**
**PO Box 220564**
**Pittsburgh, PA 15257-2564**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/17/2022**
Last 4 digits of account number
**0549**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2022 Ford Ranger (VIN ending 7300)**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$19,580.96    $22,000.00

---

| 2.9 | **Kubota Credit Corporation** | | |
|-----|-------------------------------|--|--|

Creditor's Name

**Attn: President**
**PO Box 2046**
**Grapevine, TX 76099**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/02/2022**
Last 4 digits of account number
**1885**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Kubota skid steer**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$50,421.13    $65,000.00

---

| 2.10 | **Land Rover Financial Group** | | |
|------|--------------------------------|--|--|

Creditor's Name

**Attn: Managing Director**
**PO Box 650351**
**Dallas, TX 75265**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2024 Land Rover**

Describe the lien
**Purchase Money Security**

$110,489.89    $85,000.00

---

Debtor   **SLM Services, LLC**                                  Case number (if known) _____
_____
Name

|  |  |
|---|---|
| _____ | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
| **Date debt was incurred** | Is anyone else liable on this claim? |
| **06/07/2024** | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **3508** |  |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

**2.1 1**  **The Huntington National Bank**
Creditor's Name

**Attn: President**
**11100 Wayzata Blvd., Ste. 700**
**Hopkins, MN 55305**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**09/23/2020**
**Last 4 digits of account number**
**0526**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2020 Brush Bandit 19XPC**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,664.00   $60,000.00

---

**2.1 2**  **The Huntington National Bank**
Creditor's Name

**Attn: President**
**11101 Wayata Blvd., Ste. 700**
**Hopkins, MN 55305**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**07/21/2022**
**Last 4 digits of account number**
**0500**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2022 Omme2750 lift and 2022 Appalachian trailer**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$117,392.00   $140,000.00

---

Debtor    **SLM Services, LLC**                                    Case number (if known) _____
          Name

☐ **No**
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its        ☐ Unliquidated
relative priority.                     ☐ Disputed

| 2.13 | **Toyota Commercial Finance** | | | |

**Toyota Commercial Finance**

Creditor's Name

**Attn: Managing Director**
**PO Box 660926**
**Dallas, TX 75266**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/13/2021**

**Last 4 digits of account number**
**3826**

**Do multiple creditors have an interest in the same property?**

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    **$14,480.01**    **$30,000.00**
**2020 Hino 195**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$511,175.36**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **SLM Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>**Airgas**<br>**Attn: President**<br>**PO Box 734445**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1529** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,125.94** |
| **3.2** **Nonpriority creditor's name and mailing address**<br>**All American Waste**<br>**Attn: Owner/President**<br>**PO Box 1308**<br>**Enfield, CT 06083**<br><br>Date(s) debt was incurred **April 2025**<br>Last 4 digits of account number **4445** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$317.71** |
| **3.3** **Nonpriority creditor's name and mailing address**<br>**ALP Industries LLC**<br>**Attn: Managing Member**<br>**PO Box 781712**<br>**Philadelphia, PA 19178**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **3379** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$339.12** |
| **3.4** **Nonpriority creditor's name and mailing address**<br>**Archer Signs**<br>**Attn: Owner/President**<br>**316 Boston Post Road**<br>**Milford, CT 06460**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$218.83** |

47648

Debtor **SLM Services, LLC**                                   Case number (if known) _____
_____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,774.20** |
|---|---|---|---|

**Associated Receivables Funding**
**c/o Townes B. Johnson III, LLC**
**Attn: Townes Johnson, Esq.**
**101 N. Main Street**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **October 2022**

**Basis for the claim:  guaranteed obligation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$404.12** |
|---|---|---|---|

**Bobcat of Connecticut Inc.**
**Attn: Owner/President**
**821 Woodend Road**
**Stratford, CT 06615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number  **003S**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,237.53** |
|---|---|---|---|

**Capital One, N.A.**
**Attn: President**
**PO Box 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,264.72** |
|---|---|---|---|

**CAT Financial/H.O. Penn**
**Attn: President**
**PO Box 735638**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number  **1363**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95,641.17** |
|---|---|---|---|

**CT Dept. of Labor**
**Attn: Managing Director**
**200 Folly Brook Boulevard**
**Wethersfield, CT 06109**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2023-24**

**Basis for the claim:  prevailing wage dispute and civil penalty**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$232.50** |
|---|---|---|---|

**CT Dept. of Motor Vehicles**
**Attn: Managing Director**
**60 State Street**
**Wethersfield, CT 06109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,376.83** |
|---|---|---|---|

**Custom Bandag of CT LLC**
**Attn: Managing Member**
**35 Lundys Lane**
**Stratford, CT 06615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number  **7400**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **SLM Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.00 |
|---|---|---|---|

**Equitus LLC**
**Attn: Managing Member**
**10 Skyline Drive**
**Oxford, CT 06478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,554.90 |
|---|---|---|---|

**Grillo Services, LLC**
**Attn: Managing Member**
**1183 Oronoque Road**
**Milford, CT 06461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $972.86 |
|---|---|---|---|

**Impact Business Technology**
**Attn: Owner/President**
**12 Turnberry Lane**
**Sandy Hook, CT 06482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,369.85 |
|---|---|---|---|

**John Deere Financial**
**Attn: President**
**PO Box 650215**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6618

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,315.40 |
|---|---|---|---|

**John Paul Garcia & Assoc. P.C.**
**Attn: Managing Director**
**190 Fairwood Road**
**Bethany, CT 06524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4931

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $865.39 |
|---|---|---|---|

**Klover Inc.**
**Attn: Owner/President**
**600 Honeyspot Road**
**Stratford, CT 06615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  ng17

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,417.69 |
|---|---|---|---|

**Madison Supply & Rental**
**Attn: Owner/President**
**85 East Washington Avenue**
**Bridgeport, CT 06604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9123

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **SLM Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,261.67**

**McVac Envrionmental Services**
**Attn: Owner/President**
**481 Grand Avenue**
**New Haven, CT 06513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0249**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,392.74**

**Mitchell & Sheahan, P.C.**
**Attn: Managing Director**
**999 Oronoque Road, Ste. 203**
**Stratford, CT 06614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**NETTTS**
**Attn: Owner/President**
**510 Barnum Avenue, 4th Floor**
**Bridgeport, CT 06608**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128.75**

**Optimum**
**Attn: Managing Director**
**1111 Stewart Avenue**
**Bethpage, NY 11714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **monthly**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00**

**P & C Fence Company, Inc.**
**Attn: Owner/President**
**60 Radel Street**
**Bridgeport, CT 06607**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**P&S Construction**
**Attn: President**
**3 Lan Drive, Suite 200**
**Westford, MA 01886**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,637.00**

**Planters' Choice, LLC**
**Attn: Owner/President**
**140 Huntington Road**
**Newtown, CT 06470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **Acct. ending TREE**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **SLM Services, LLC**                                    Case number (if known) _____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Radel Street LLC**
**Attn: Eugene Argonese**
**149 Atlantic Avenue**
**Westerly, RI 02891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/01/2024**

Basis for the claim: **commerical lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,395.00 |
|---|---|---|---|

**Robinson,Grey,Stepp & Laffitte**
**Attn: Managing Member/Director**
**2151 Pickens Street, Ste. 500**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March and April 2025**

Basis for the claim: **attorney's fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251.96 |
|---|---|---|---|

**Southern CT Gas**
**Attn: President**
**P.O. Box 847819**
**Boston, MA 02284-7819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159,889.79 |
|---|---|---|---|

**Stacey Marcell**
**143 Freeman Road**
**Oxford, CT 06478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **promissory note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,277.25 |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**Attn: Owner/President**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **July - Nov. 2024**

Basis for the claim: _

Last 4 digits of account number **3200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,106.74 |
|---|---|---|---|

**The Homer C. Godfrey Co.**
**Attn: Owner/President**
**1360 Central Avenue**
**Bridgeport, CT 06610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**The Stacey Marcell 2024**
**Irrevocable Trust Agreement**
**Attn: Benjamin Proto, Trustee**
**2885 Main Street**
**Stratford, CT 06614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/26/2024**

Basis for the claim: **loan at 3% per annum**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **SLM Services, LLC**      Case number *(if known)* _____
Name

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $138.95
--- | --- | --- | ---

**Town Fair Tires Centers of CT**
**Attn: President**
**114 Honeyspot Road**
**Stratford, CT 06615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/20/2025

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

**Travelers**
**Attn: Managing Director**
**P.O. Box 660317**
**Dallas, TX 75266**

As of the petition filing date, the claim is: *Check all that apply.*  $3,340.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  insurance premium

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

**United Illuminating**
**Attn: Managing Director**
**P.O. Box 847818**
**Boston, MA 02284-7818**

As of the petition filing date, the claim is: *Check all that apply.*  $557.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  utilities

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

**Waterbury Masonry LLC**
**Attn: Managing Member**
**28 West Street**
**Naugatuck, CT 06770**

As of the petition filing date, the claim is: *Check all that apply.*  $1,750.00

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** **Nonpriority creditor's name and mailing address**

**Waters Construction Co., Inc.**
**Attn: President**
**300 Bostwick Avenue**
**Bridgeport, CT 06605**

As of the petition filing date, the claim is: *Check all that apply.*  $60,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

**Whitten, Horton & Gibney LLP**
**Attn: Managing Director**
**PO Box 1069**
**Orange, CT 06477**

As of the petition filing date, the claim is: *Check all that apply.*  $6,550.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  8712

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **SLM Services, LLC**                                                    Case number (*if known*) _____
_____
Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **543,174.49** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **543,174.49** |

**Fill in this information to identify the case:**

Debtor name __**SLM Services, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **SLM Services LLC's commerical lease for its headquarters at 25 Radel Street, Bridgeport, CT 06607. Expires 12/31/2028** | |
| State the term remaining | | **Radel Street LLC Attn: Eugene Argonese 149 Atlantic Avenue Westerly, RI 02891** |
| List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name    **SLM Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brendan T. Sullivan** | **780 Hillside Road Fairfield, CT 06824** | **Associated Receivables Funding** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.2 | **EPIC Homes LLC** | **c/o Imad Afiouni, Reg. Agent 10 Warren Road New Preston Marble Dale, CT 06777-2114** | **Associated Receivables Funding** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.3 | **Stacey L. Marcell** | **143 Freeman Road Oxford, CT 06478** | **Associated Receivables Funding** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.4 | **Stacey L. Marcell** | **143 Freeman Road Oxford, CT 06478 personally guaranteed loan for 2024 Range Rover (VIN ending 0073)** | **Land Rover Financial Group** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **SLM Services, LLC** _____   Case number *(if known)* _____

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Stacey L. Marcell** | **143 Freeman Road**<br>**Oxford, CT 06478**<br>**personally guaranteed loan for 2022 Ford Ranger (VIN ending 7300)** | **Ford Motor Credit** | ■ D ___**2.7**___<br>□ E/F _____<br>□ G _____ |
| 2.6 | **Stacey L. Marcell** | **143 Freeman Road**<br>**Oxford, CT 06478**<br>**personally guaranteed loan for 2022 Ford Ranger (VIN ending 6020)** | **Ford Motor Credit** | ■ D ___**2.8**___<br>□ E/F _____<br>□ G _____ |
| 2.7 | **Stacey L. Marcell** | **143 Freeman Road**<br>**Oxford, CT 06478**<br>**personally guaranteed loan for 2019 Ford F-250 (VIN ending 0138)** | **Ford Motor Credit** | ■ D ___**2.6**___<br>□ E/F _____<br>□ G _____ |
| 2.8 | **Stacey L. Marcell** | **143 Freeman Road**<br>**Oxford, CT 06478**<br>**personally guaranteed loan for 2022 Ford Ranger (VIN ending 3255)** | **Ford Motor Credit** | ■ D ___**2.5**___<br>□ E/F _____<br>□ G _____ |
| 2.9 | **Stacey L. Marcell** | **143 Freeman Road**<br>**Oxford, CT 06478**<br>**personally guaranteed loan for 2020 Hino 195 (VIN ending 9786)** | **Toyota Commercial Finance** | ■ D ___**2.13**___<br>□ E/F _____<br>□ G _____ |
| 2.10 | **Stacey L. Marcell** | **143 Freeman Road**<br>**Oxford, CT 06478**<br>**personally guaranteed loan for 2019 Ford F-250 (VIN ending 7307)** | **Ally Financial** | ■ D ___**2.1**___<br>□ E/F _____<br>□ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name    **SLM Services, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$833,498.00** |
    | **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$2,926,825.48** |
    | **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$4,429,599.33** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
    | --- | --- | --- | --- |

Debtor    **SLM Services, LLC**                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **Union Insurance**<br>**Attn: President**<br>**500 Enterprise Drive, Ste. 2A**<br>**Rocky Hill, CT 06067** | **02/14/2025**<br>**and**<br>**03/14/2025** | **$28,087.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **monthly insurance premium ($14,043.79 each month)** |
| 3.2.    **Capital One, N.A.**<br>**Attn: President**<br>**P.O. Box 71087**<br>**Charlotte, NC 28272-1087** | **03/24/2025** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **credit card** |
| 3.3.    **Planters' Choice LLC**<br>**Attn: Owner/President**<br>**140 Huntington Road**<br>**Newtown, CT 06470** | **03/28/2025** | **$7,908.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

| Debtor | **SLM Services, LLC** | | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Eugene Arganese v. Alba Property Holdings, LLC, et al.**<br>**FBT-CV23-6121188-S** | **Foreclosure Mortgage**<br>**(Defendant SLM Services, LLC d/b/a Northeast Horticultural Services claims or may claim an interest in the subject real property by virtue of a rental agreement as to some or all of the properties.)** | **CT Superior Court, J.D. Fairfield**<br>**1061 Main Street**<br>**Bridgeport, CT 06604** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Davis Bacon/Fair Labor Standards Act**<br>**1982246** | **Enforcement of prevailing wage rules on government jobs** | **CT Department of Labor**<br>**200 Folly Brook Boulevard**<br>**Wethersfield, CT 06109** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Payment of Prevailing Wages Properly**<br>**23-47631** | **Failure to pay into employees' pension fund** | **CT Department of Labor**<br>**200 Folly Brook Boulevard**<br>**Wethersfield, CT 06109** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

| Debtor | **SLM Services, LLC** | Case number *(if known)* |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Jeffrey Hellman, LLC 195 Church Street, 10th Floor New Haven, CT 06510** | **Attorney Fees** | **04/09/2025** | **$20,000.00** |
| | Email or website address **jeff@jeffhellmanlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **252 Depot Road Milford, CT 06460** | **12/31/2020 -01/01/2023** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | SLM Services, LLC | Case number *(if known)* |
|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

        Name of plan | Employer identification number of the plan
        **The Contractors Retirement Plan** | EIN:  **26-3398760**

        Has the plan been terminated?
        ■ No
        ☐ Yes

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chelsea Groton Bank**<br>**904 Poquonnock Road**<br>**Groton, CT 06340** | **XXXX-9258** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/03/2024** | **$714.22** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **SLM Services, LLC**                                    Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **SLM Services, LLC** _____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **25.1.** **Northeast Horticultural Experts LLC** 25 Radel Street Bridgeport, CT 06607-2114 | **lawn care; tree care and removal; landscaping design, services and maintenance** | **Dates business existed** EIN: **33-2183199** From-To **12/05/2024 - present** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| **26a.1.** **Dawn Lynch** 10 Skyline Drive Oxford, CT 06478 | **02/2022 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| **26b.1.** **Matthew Reinecke, CPA** 445 Boston Post Road Orange, CT 06477 | |

| Name and address | Date of service From-To |
|---|---|
| **26b.2.** **Stacey Marcell** 143 Freeman Road Oxford, CT 06478 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** **The Innovative CPA Group** One Enterprise Drive Shelton, CT 06484 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people

| Debtor | SLM Services, LLC | Case number *(if known)* | |
|---|---|---|---|

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stacey Marcell | 143 Freeman Road Oxford, CT 06478 | member | 60% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| EPIC Homes, LLC | Attn: Imad Afiouni, Managing Member 10 Warren Road New Preston Marble Dale, CT 06777 | member | 40% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Stacey Marcell 143 Freeman Road Oxford, CT 06478 | $2,500 gross per week/$130,000 gross annually | effective since 2021 | Salary |
| | Relationship to debtor Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| The Contract Retirement Plan | EIN:    26-3398760 |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

| Debtor | **SLM Services, LLC** | Case number *(if known)* |
|---|---|---|

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 24, 2025**

**/s/ Stacey Marcell**                          **Stacey Marcell**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Member/Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re   **SLM Services, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **20,000.00** |
| Prior to the filing of this statement I have received | $ | **20,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

  ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

  ■ Debtor     ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.  [Other provisions as needed]
    **Negotiation, preparation and confirmation of a plan of reorganization which will be billed at Jeffrey Hellman's hourly rate of $650.00 per hour.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 24, 2025** _____        **/s/ Jeffrey Hellman** _____
*Date*                                          **Jeffrey Hellman CT04102**
                                                *Signature of Attorney*
                                                **Law Offices of Jeffrey Hellman, LLC**
                                                **195 Church Street, 10th Floor**
                                                **New Haven, CT 06510**
                                                **203-691-8762  Fax: 203-823-4401**
                                                **jeff@jeffhellmanlaw.com**
                                                *Name of law firm*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: |
| | : | |
| SLM SERVICES, LLC, | : | CHAPTER 11 |
| | : | |
| Debtor. | : | |
| | : | |

STATEMENT REGARDING AUTHORITY
TO SIGN AND FILE PETITION

Stacey Marcell is the Member/Manager of SLM Services, LLC, a Connecticut limited liability. Stacey Marcell holds a 60% interest in SLM Services, LLC.

EPIC Homes LLC ("EPIC"), a Connecticut limited liability company holds a 40% interest in SLM Services, LLC.

By signing below, Stacey Marcell ("Marcell") and EPIC Homes LLC ("EPIC") declare under penalty of perjury that the following is a true and correct copy of the resolutions adopted by Marcell and EPIC concerning SLM Services, LLC ("SLM"):

"Whereas, it is in the best interest of SLM to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Marcell as Member/Manager of SLM is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the SLM; and

Be It Further Resolved, that Marcell as Member/Manager of SLM is authorized and directed to appear in all bankruptcy proceedings on behalf of SLM, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of SLM in connection with such bankruptcy case, and

Be It Further Resolved, that Marcell as Member/Manager of SLM is authorized and directed to employ Jeffrey Hellman as attorney and the law firm of Law Offices of Jeffrey Hellman, LLC to represent the SLM in such bankruptcy case."

(signature page follows)

1

_____
Stacey Marcell

5/6/25
Date


EPIC Homes LLC

_____
By: TYLER HATHAWAY
Its: PRINCIPAL

5/6/25
Date

2

## RESOLUTION OF LIMITED LIABILITY COMPANY
### of
### SLM Services, LLC

Whereas, it is in the best interest of SLM to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Marcell as Member/Manager of SLM is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of SLM; and

Be It Further Resolved, that Marcell as Member/Manager of SLM is authorized and directed to appear in all bankruptcy proceedings on behalf of SLM, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of SLM in connection with such bankruptcy case, and

Be It Further Resolved, that Marcell as Member/Manager of SLM is authorized and directed to employ Jeffrey Hellman as attorney and the law firm of Law Offices of Jeffrey Hellman, LLC to represent the SLM in such bankruptcy case.

_____        5/6/25
Stacey Marcell                          Date


EPIC Homes LLC

_____        5/6/25
By: TYLER HATHAWAY                      Date
Its: PRINCIPAL

3

# United States Bankruptcy Court
## District of Connecticut

In re   **SLM Services, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **EPIC Homes, LLC**<br>**c/o Imad Afiouni, Reg. Agent**<br>**10 Warren Road**<br>**New Preston Marble Dale, CT 06777-2114** | | | **Membership (40%)** |
| **Stacey L. Marcell**<br>**143 Freeman Road**<br>**Oxford, CT 06478** | | | **Membership (60%)** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 24, 2025**

Signature   **/s/ Stacey Marcell**

**Stacey Marcell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Connecticut

In re   **SLM Services, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 24, 2025**

**/s/ Stacey Marcell**
**Stacey Marcell**/**Member/Manager**
Signer/Title

Airgas
Attn: President
PO Box 734445
Chicago, IL 60673

All American Waste
Attn: Owner/President
PO Box 1308
Enfield, CT 06083

Ally Financial
Attn: President
PO Box 380902
Minneapolis, MN 55438

ALP Industries LLC
Attn: Managing Member
PO Box 781712
Philadelphia, PA 19178

Apex Commercial Capital
formerly FirstLease, Inc.
Attn: Owner/President
1 Walnut Grove Drive, Ste. 300
Horsham, PA 19044

Archer Signs
Attn: Owner/President
316 Boston Post Road
Milford, CT 06460

Associated Receivables Funding
c/o Townes B. Johnson III, LLC
Attn: Townes Johnson, Esq.
101 N. Main Street
Greenville, SC 29601

Bank of America
Attn: President
PO Box 45224
Jacksonville, FL 32232

Bobcat of Connecticut Inc.
Attn: Owner/President
821 Woodend Road
Stratford, CT 06615

Brendan T. Sullivan
780 Hillside Road
Fairfield, CT 06824


Capital One, N.A.
Attn: President
PO Box 71087
Charlotte, NC 28272


CAT Financial/H.O. Penn
Attn: President
PO Box 735638
Dallas, TX 75373


CT Dept. of Labor
Attn: Managing Director
200 Folly Brook Boulevard
Wethersfield, CT 06109


CT Dept. of Motor Vehicles
Attn: Managing Director
60 State Street
Wethersfield, CT 06109


Custom Bandag of CT LLC
Attn: Managing Member
35 Lundys Lane
Stratford, CT 06615


EPIC Homes LLC
c/o Imad Afiouni, Reg. Agent
10 Warren Road
New Preston Marble Dale, CT 06777-2114


Equitus LLC
Attn: Managing Member
10 Skyline Drive
Oxford, CT 06478


First Commonwealth Equip Fin
Attn: Owner/President
920 Cassatt Road, Ste. 310
Berwyn, PA 19312

```
Ford Motor Credit
Attn: President
PO Box 220564
Pittsburgh, PA 15257-2564


Ford Motor Credit
Attn: President
PO Box 220564
Pittsburgh, PA 15257-2564


Ford Motor Credit
Attn: President
PO Box 220564
Pittsburgh, PA 15257-2564


Ford Motor Credit
Attn: President
PO Box 220564
Pittsburgh, PA 15257-2564


Grillo Services, LLC
Attn: Managing Member
1183 Oronoque Road
Milford, CT 06461


Impact Business Technology
Attn: Owner/President
12 Turnberry Lane
Sandy Hook, CT 06482


John Deere Financial
Attn: President
PO Box 650215
Dallas, TX 75265


John Paul Garcia & Assoc. P.C.
Attn: Managing Director
190 Fairwood Road
Bethany, CT 06524


Klover Inc.
Attn: Owner/President
600 Honeyspot Road
Stratford, CT 06615
```

Kubota Credit Corporation
Attn: President
PO Box 2046
Grapevine, TX 76099


Land Rover Financial Group
Attn: Managing Director
PO Box 650351
Dallas, TX 75265


Madison Supply & Rental
Attn: Owner/President
85 East Washington Avenue
Bridgeport, CT 06604


McVac Envrionmental Services
Attn: Owner/President
481 Grand Avenue
New Haven, CT 06513


Mitchell & Sheahan, P.C.
Attn: Managing Director
999 Oronoque Road, Ste. 203
Stratford, CT 06614


NETTTS
Attn: Owner/President
510 Barnum Avenue, 4th Floor
Bridgeport, CT 06608


Optimum
Attn: Managing Director
1111 Stewart Avenue
Bethpage, NY 11714


P & C Fence Company, Inc.
Attn: Owner/President
60 Radel Street
Bridgeport, CT 06607


P&S Construction
Attn: President
3 Lan Drive, Suite 200
Westford, MA 01886

```
Planters' Choice, LLC
Attn: Owner/President
140 Huntington Road
Newtown, CT 06470


Radel Street LLC
Attn: Eugene Argonese
149 Atlantic Avenue
Westerly, RI 02891


Radel Street LLC
Attn: Eugene Argonese
149 Atlantic Avenue
Westerly, RI 02891


Robinson,Grey,Stepp & Laffitte
Attn: Managing Member/Director
2151 Pickens Street, Ste. 500
Columbia, SC 29201


Southern CT Gas
Attn: President
P.O. Box 847819
Boston, MA 02284-7819


Stacey L. Marcell
143 Freeman Road
Oxford, CT 06478


Stacey L. Marcell
143 Freeman Road
Oxford, CT 06478


Stacey L. Marcell
143 Freeman Road
Oxford, CT 06478


Stacey L. Marcell
143 Freeman Road
Oxford, CT 06478


Stacey L. Marcell
143 Freeman Road
Oxford, CT 06478
```

Stacey L. Marcell
143 Freeman Road
Oxford, CT 06478


Stacey L. Marcell
143 Freeman Road
Oxford, CT 06478


Stacey L. Marcell
143 Freeman Road
Oxford, CT 06478


Stacey Marcell
143 Freeman Road
Oxford, CT 06478


Sunbelt Rentals, Inc.
Attn: Owner/President
PO Box 409211
Atlanta, GA 30384-9211


The Homer C. Godfrey Co.
Attn: Owner/President
1360 Central Avenue
Bridgeport, CT 06610


The Huntington National Bank
Attn: President
11100 Wayzata Blvd., Ste. 700
Hopkins, MN 55305


The Huntington National Bank
Attn: President
11101 Wayata Blvd., Ste. 700
Hopkins, MN 55305


The Stacey Marcell 2024
Irrevocable Trust Agreement
Attn: Benjamin Proto, Trustee
2885 Main Street
Stratford, CT 06614


Town Fair Tires Centers of CT
Attn: President
114 Honeyspot Road
Stratford, CT 06615

Toyota Commercial Finance
Attn: Managing Director
PO Box 660926
Dallas, TX 75266


Travelers
Attn: Managing Director
P.O. Box 660317
Dallas, TX 75266


United Illuminating
Attn: Managing Director
P.O. Box 847818
Boston, MA 02284-7818


Waterbury Masonry LLC
Attn: Managing Member
28 West Street
Naugatuck, CT 06770


Waters Construction Co., Inc.
Attn: President
300 Bostwick Avenue
Bridgeport, CT 06605


Whitten, Horton & Gibney LLP
Attn: Managing Director
PO Box 1069
Orange, CT 06477

# United States Bankruptcy Court
## District of Connecticut

In re    **SLM Services, LLC**
_____
                                    Debtor(s)

Case No. _____

Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **SLM Services, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 24, 2025**
_____
Date

**/s/ Jeffrey Hellman**
_____
**Jeffrey Hellman CT04102**
Signature of Attorney or Litigant
Counsel for    **SLM Services, LLC**
_____
**Law Offices of Jeffrey Hellman, LLC**
**195 Church Street, 10th Floor**
**New Haven, CT 06510**
**203-691-8762 Fax:203-823-4401**
**jeff@jeffhellmanlaw.com**