# United States Bankruptcy Court
## District of Connecticut

In re   SLM Services, LLC _____   Case No.  25-50514
                       Debtor(s)                    Chapter   11

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amended Schedule E/F: Creditors Who Have Unsecured Claims**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: **I hereby certify that, on July 3, 2025, the Amended Schedule E/F has been served by operation of the Court's CM/ECF system upon all parties who are on the list to receive email notice/service for this case.**

Date: July 3, 2025

/s/ Jeffrey Hellman
Jeffrey Hellman CT04102
Attorney for Debtor(s)
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
New Haven, CT 06510
203-691-8762  Fax: 203-823-4401
jeff@jeffhellmanlaw.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SLM Services, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | **25-50514** |

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,125.94 |
|---|---|---|---|
| | **Airgas**<br>Attn: President<br>PO Box 734445<br>Chicago, IL 60673 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **1529** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317.71 |
|---|---|---|---|
| | **All American Waste**<br>Attn: Owner/President<br>PO Box 1308<br>Enfield, CT 06083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **April 2025** | Basis for the claim: __ | |
| | Last 4 digits of account number **4445** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $339.12 |
|---|---|---|---|
| | **ALP Industries LLC**<br>Attn: Managing Member<br>PO Box 781712<br>Philadelphia, PA 19178 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number **3379** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.83 |
|---|---|---|---|
| | **Archer Signs**<br>Attn: Owner/President<br>316 Boston Post Road<br>Milford, CT 06460 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **SLM Services, LLC**                                Case number (if known)  **25-50514**
Name

| | | |
|---|---|---|
| 3.5 | Nonpriority creditor's name and mailing address<br>**Associated Receivables Funding**<br>c/o Townes B. Johnson III, LLC<br>Attn: Townes Johnson, Esq.<br>101 N. Main Street<br>Greenville, SC 29601<br>Date(s) debt was incurred **October 2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **guaranteed obligation**<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,774.20** |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Bobcat of Connecticut Inc.**<br>Attn: Owner/President<br>821 Woodend Road<br>Stratford, CT 06615<br>Date(s) debt was incurred __<br>Last 4 digits of account number **003S** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$404.12** |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Capital One, N.A.**<br>Attn: President<br>PO Box 71087<br>Charlotte, NC 28272<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **credit card purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,237.53** |
| 3.8 | Nonpriority creditor's name and mailing address<br>**CAT Financial/H.O. Penn**<br>Attn: President<br>PO Box 735638<br>Dallas, TX 75373<br>Date(s) debt was incurred __<br>Last 4 digits of account number **1363** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$51,264.72** |
| 3.9 | Nonpriority creditor's name and mailing address<br>**CT Dept. of Labor**<br>Attn: Managing Director<br>200 Folly Brook Boulevard<br>Wethersfield, CT 06109<br>Date(s) debt was incurred **2023-24**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **prevailing wage dispute and civil penalty**<br>Is the claim subject to offset? ■ No ☐ Yes | **$95,641.17** |
| 3.10 | Nonpriority creditor's name and mailing address<br>**CT Dept. of Motor Vehicles**<br>Attn: Managing Director<br>60 State Street<br>Wethersfield, CT 06109<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$232.50** |
| 3.11 | Nonpriority creditor's name and mailing address<br>**Custom Bandag of CT LLC**<br>Attn: Managing Member<br>35 Lundys Lane<br>Stratford, CT 06615<br>Date(s) debt was incurred __<br>Last 4 digits of account number **7400** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,376.83** |

Debtor **SLM Services, LLC**  
Name

Case number (if known) **25-50514**

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Equitus LLC<br>Attn: Managing Member<br>10 Skyline Drive<br>Oxford, CT 06478<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,068.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Grillo Services, LLC<br>Attn: Managing Member<br>1183 Oronoque Road<br>Milford, CT 06461<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,554.90** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Impact Business Technology<br>Attn: Owner/President<br>12 Turnberry Lane<br>Sandy Hook, CT 06482<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$972.86** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>John Deere Financial<br>Attn: President<br>PO Box 650215<br>Dallas, TX 75265<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **6618** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,369.85** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>John Paul Garcia & Assoc. P.C.<br>Attn: Managing Director<br>190 Fairwood Road<br>Bethany, CT 06524<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4931** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,315.40** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Klover Inc.<br>Attn: Owner/President<br>600 Honeyspot Road<br>Stratford, CT 06615<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **ng17** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$865.39** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Madison Supply & Rental<br>Attn: Owner/President<br>85 East Washington Avenue<br>Bridgeport, CT 06604<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **9123** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,417.69** |

Debtor   SLM Services, LLC                                   Case number (if known)   25-50514
         Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,261.67 |
|---|---|---|---|
| | McVac Envrionmental Services<br>Attn: Owner/President<br>481 Grand Avenue<br>New Haven, CT 06513 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  0249 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,392.74 |
|---|---|---|---|
| | Mitchell & Sheahan, P.C.<br>Attn: Managing Director<br>999 Oronoque Road, Ste. 203<br>Stratford, CT 06614 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | NETTTS<br>Attn: Owner/President<br>510 Barnum Avenue, 4th Floor<br>Bridgeport, CT 06608 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.75 |
|---|---|---|---|
| | Optimum<br>Attn: Managing Director<br>1111 Stewart Avenue<br>Bethpage, NY 11714 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  monthly | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|
| | P & C Fence Company, Inc.<br>Attn: Owner/President<br>60 Radel Street<br>Bridgeport, CT 06607 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | P&S Construction<br>Attn: President<br>3 Lan Drive, Suite 200<br>Westford, MA 01886 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,637.00 |
|---|---|---|---|
| | Planters' Choice, LLC<br>Attn: Owner/President<br>140 Huntington Road<br>Newtown, CT 06470 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  Acct. ending TREE | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **SLM Services, LLC**  
Name

Case number (if known) **25-50514**

| | | |
|---|---|---|
| 3.26 | Nonpriority creditor's name and mailing address<br>Radel Street LLC<br>Attn: Eugene Argonese<br>149 Atlantic Avenue<br>Westerly, RI 02891<br>Date(s) debt was incurred 01/01/2024<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **commerical lease**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.27 | Nonpriority creditor's name and mailing address<br>Robinson, Grey, Stepp & Laffitte<br>Attn: Managing Member/Director<br>2151 Pickens Street, Ste. 500<br>Columbia, SC 29201<br>Date(s) debt was incurred March and April 2025<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **attorney's fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,395.00 |
| 3.28 | Nonpriority creditor's name and mailing address<br>Southern CT Gas<br>Attn: President<br>P.O. Box 847819<br>Boston, MA 02284-7819<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **utilities**<br>Is the claim subject to offset? ■ No ☐ Yes | $251.96 |
| 3.29 | Nonpriority creditor's name and mailing address<br>Stacey Marcell<br>143 Freeman Road<br>Oxford, CT 06478<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **promissory note**<br>Is the claim subject to offset? ■ No ☐ Yes | $159,889.79 |
| 3.30 | Nonpriority creditor's name and mailing address<br>Sunbelt Rentals, Inc.<br>Attn: Owner/President<br>PO Box 409211<br>Atlanta, GA 30384-9211<br>Date(s) debt was incurred July - Nov. 2024<br>Last 4 digits of account number 3200 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $17,277.25 |
| 3.31 | Nonpriority creditor's name and mailing address<br>Synergi Partners Inc.<br>Attn: President<br>151 W. Evans Street<br>Florence, SC 29501<br>Date(s) debt was incurred 05/23/2024<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **employee retention credit filing**<br>Is the claim subject to offset? ■ No ☐ Yes | $142,043.61 |
| 3.32 | Nonpriority creditor's name and mailing address<br>The Homer C. Godfrey Co.<br>Attn: Owner/President<br>1360 Central Avenue<br>Bridgeport, CT 06610<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $4,106.74 |

Debtor __SLM Services, LLC__                                   Case number (if known) __25-50514__
         Name

---

**3.33** Nonpriority creditor's name and mailing address
The Stacey Marcell 2024 Irrevocable Trust Agreement
Attn: Benjamin Proto, Trustee
2885 Main Street
Stratford, CT 06614
Date(s) debt was incurred 11/26/2024
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan at 3% per annum
Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.34** Nonpriority creditor's name and mailing address
Town Fair Tires Centers of CT
Attn: President
114 Honeyspot Road
Stratford, CT 06615
Date(s) debt was incurred 6/20/2025
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$138.95**

---

**3.35** Nonpriority creditor's name and mailing address
Travelers
Attn: Managing Director
P.O. Box 660317
Dallas, TX 75266
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: insurance premium
Is the claim subject to offset? ■ No ☐ Yes

**$3,340.00**

---

**3.36** Nonpriority creditor's name and mailing address
United Illuminating
Attn: Managing Director
P.O. Box 847818
Boston, MA 02284-7818
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: utilities
Is the claim subject to offset? ■ No ☐ Yes

**$557.88**

---

**3.37** Nonpriority creditor's name and mailing address
Waterbury Masonry LLC
Attn: Managing Member
28 West Street
Naugatuck, CT 06770
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$1,750.00**

---

**3.38** Nonpriority creditor's name and mailing address
Waters Construction Co., Inc.
Attn: President
300 Bostwick Avenue
Bridgeport, CT 06605
Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

**3.39** Nonpriority creditor's name and mailing address
Whitten, Horton & Gibney LLP
Attn: Managing Director
PO Box 1069
Orange, CT 06477
Date(s) debt was incurred __
Last 4 digits of account number 8712

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __
Is the claim subject to offset? ■ No ☐ Yes

**$6,550.00**

---

**Part 3:** List Others to Be Notified About Unsecured Claims

Debtor   **SLM Services, LLC**
Name

Case number (if known)   **25-50514**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 685,218.10 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 685,218.10 |

# United States Bankruptcy Court
### District of Connecticut

| | | |
|---|---|---|
| In re  SLM Services, LLC | Case No. | 25-50514 |
| Debtor(s) | Chapter | 11 |

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule E/F: Creditors Who Have Unsecured Claims, consisting of __7__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  July 2, 2025          Signature  /s/ Stacey Marcell
                                       Stacey Marcell
                                       Member/Manager

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.