# United States Bankruptcy Court
## District of Connecticut

In re   **SLM Services, LLC**                                           Case No.  **25-50514**
                                Debtor(s)                               Chapter   **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Official Form 206H Schedule H: Your Codebtors has been amended to remove the codebtor EPIC Homes, LLC c/o Imad Afiouni, Reg. Agent, 10 Warran Road, New Preston Marble Dale, CT 06777-2114 and add the codebtor EPIC HOME LLC c/o Brendan Fogarty, Reg. Agent, 780 Hillside Road, Fairfield, CT 06824.**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:**On 09/12/2025, Amended Official Form 206H has been served by operation of the Court's CM/ECF system upon all parties listed to receive email service for this case and by U.S., postage prepaid, mail to EPIC Homes LLC c/o Imad Afiouni, Reg. Agent, 10 Warren Road, New Preston Marble Dale, CT 06777-2114 and EPIC Home LLC c/o Brendan Fogarty, Reg. Agent, 780 Hillside Road, Fairfield, CT 06824.**

Date:  **September 12, 2025**          /s/ Jeffrey Hellman
                                        Jeffrey Hellman CT04102
                                        Attorney for Debtor(s)
                                        **Law Offices of Jeffrey Hellman, LLC**
                                        **195 Church Street, 10th Floor**
                                        **New Haven, CT 06510**
                                        **203-691-8762 Fax:203-823-4401**
                                        **jeff@jeffhellmanlaw.com**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SLM Services, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | 25-50514 |

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                                    *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Brendan T. Sullivan | 780 Hillside Road<br>Fairfield, CT 06824 | Associated Receivables Funding | ☐ D ____<br>■ E/F  3.5<br>☐ G ____ |
| 2.2 | EPIC HOME LLC | c/o Brendan Fogarty, Reg Agent<br>780 Hillside Road<br>Fairfield, CT 06824 | Associated Receivables Funding | ☐ D ____<br>■ E/F  3.5<br>☐ G ____ |
| 2.3 | Stacey L. Marcell | 143 Freeman Road<br>Oxford, CT 06478 | Associated Receivables Funding | ☐ D ____<br>■ E/F  3.5<br>☐ G ____ |
| 2.4 | Stacey L. Marcell | 143 Freeman Road<br>Oxford, CT 06478<br>personally guaranteed loan for 2024 Range Rover (VIN ending 0073) | Land Rover Financial Group | ■ D  2.10<br>☐ E/F ____<br>☐ G ____ |

Debtor   **SLM Services, LLC**                                   Case number *(if known)*   **25-50514**

▉ **Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.5 | Stacey L. Marcell | 143 Freeman Road<br>Oxford, CT 06478<br>personally guaranteed loan for 2022 Ford Ranger (VIN ending 7300) | Ford Motor Credit | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.6 | Stacey L. Marcell | 143 Freeman Road<br>Oxford, CT 06478<br>personally guaranteed loan for 2022 Ford Ranger (VIN ending 6020) | Ford Motor Credit | ■ D  2.8<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Stacey L. Marcell | 143 Freeman Road<br>Oxford, CT 06478<br>personally guaranteed loan for 2019 Ford F-250 (VIN ending 0138) | Ford Motor Credit | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Stacey L. Marcell | 143 Freeman Road<br>Oxford, CT 06478<br>personally guaranteed loan for 2022 Ford Ranger (VIN ending 3255) | Ford Motor Credit | ■ D  2.5<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Stacey L. Marcell | 143 Freeman Road<br>Oxford, CT 06478<br>personally guaranteed loan for 2020 Hino 195 (VIN ending 9786) | Toyota Commercial Finance | ■ D  2.13<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Stacey L. Marcell | 143 Freeman Road<br>Oxford, CT 06478<br>personally guaranteed loan for 2019 Ford F-250 (VIN ending 7307) | Ally Financial | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |

## United States Bankruptcy Court
### District of Connecticut

In re  SLM Services, LLC
Debtor(s)

Case No. 25-50514
Chapter 11

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member/Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Official Form 206H - Schedule H: Your Codebtors, consisting of  2  page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  September 11, 2025

Signature  /s/ Stacey Marcell
Stacey Marcell
Member/Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.